UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY M. COLLISON,

       Plaintiff,                                                  Case No. 11-cv-11102

                                                                     Paul D. Borman
v.                                                     United States District Judge

                                                                     Mona K. Majzoub
COMMISSIONER OF                           United States Magistrate Judge

SOCIAL SECURITY,

       Defendant.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE MAJZOUB'S APRIL 14, 2016
REPORT AND RECOMMENDATION (ECF NO. 31), (2) GRANTING PLAINTIFF'S
COUNSEL'S MOTION FOR AN AWARD OF ATTORNEY FEES UNDER 42 U.S.C. § 406(b)
(ECF NO. 27, 28), (3) AWARDING ATTORNEYS' FEES IN THE AMOUNT OF $11,576.75
AND (4) ORDERING PLAINTIFF'S COUNSEL TO REFUND
THE $5,170.75 IN ATTORNEY FEES PREVIOUSLY AWARDED UNDER THE EAJA

On April 14, 2016, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to grant Plaintiff's Attorney's Motion for an Award of Attorney Fees Under 42 U.S.C. § 406(b) and to award Plaintiff's counsel $11,576.75 in attorneys' fees, following a successful award of benefits to the Plaintiff following a remand to the Commissioner in this case. (ECF No. 31.) Magistrate Judge Majzoub further Ordered that Plaintiff's counsel refund to Plaintiff the $5,170.75 in attorneys' fees previously awarded to Plaintiff's counsel under the Equal Access to Justice Act ("EAJA"). Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Plaintiff's counsel's motion for an

1

award of fees in the amount of $11,576.75 (ECF Nos. 27, 28), and further ORDERS Plaintiff's attorneys to refund to the Plaintiff the $5,170.75 EAJA fee award.

IT IS SO ORDERED.

                                                    s/Paul D. Borman  
                                                    PAUL D. BORMAN  
                                                    UNITED STATES DISTRICT JUDGE

Dated: June 9, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 9, 2016.

                                                    s/Deborah Tofil  
                                                    Case Manager